WILLIAM S. WILSON, Respondent, *v.* SAMUEL ROSENTHAL, Appellant.

*Wilson* v. *Rosenthal*, 152 App. Div. 925, affirmed.
(Argued February 2, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 17, 1912, affirming a judgment in

favor of plaintiff entered upon a verdict in an action to recover rent alleged to be due under a lease.

*David Goldstein, Jacob Goldstein* and *Oscar F. Fanning* for appellant.

*Harry G. Stephens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.